**Fill in this information to identify the case:**

Debtor Name: Core Construction & Development Inc.

United States Bankruptcy Court for the: Middle District of Florida

Case number: 8:23-bk-03935

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: May         Date report filed: 06/20/2024
                                        MM / DD / YYYY

Line of business: construction        NAISC code: 2362

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Gregory Lee

Original signature of responsible party: /s/

Printed name of responsible party: Gregory Lee

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  Core Construction & Development Inc.                    Case number 8:23-bk-03935

17. Have you paid any bills you owed before you filed bankruptcy?    ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 29,949.63

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 29,308.29

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 58,074.47

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -28,766.18

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 1,183.45

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____

    (Exhibit E)

Debtor Name  Core Construction & Development Inc.                    Case number 8:23-bk-03935

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ 285,020.73

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                               11
27. What is the number of employees as of the date of this monthly report?                                   6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                                          $ 0.00
31. How much have you paid in total other professional fees since filing the case?                         $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 50,263.51 | − | $ 29,308.29 | = | $ 20,955.22 |
| 33. Cash disbursements | $ 49,000.00 | − | $ -58,074.47 | = | $ -9,074.47 |
| 34. Net cash flow | $ 1,263.51 | − | $ -28,766.18 | = | $ -27,502.67 |

35. Total projected cash receipts for the next month:                                                      $ 85,020.73
36. Total projected cash disbursements for the next month:                                               − $ 75,000.00
37. Total projected net cash flow for the next month:                                                    = $ 10,020.73

Debtor Name  Core Construction & Development Inc.           Case number 8:23-bk-03935

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING 5/1/2024 AND ENDING 5/31/2024

Name of Debtor: Core Construction & Development Inc.
Case Number 8:23-bk-03935
Date of Petition: 9/7/2023

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 43,053.71 (a) | 243,567.88 (b) |
| 2. RECEIPTS: |  |  |
|    A. Cash Sales |  |  |
|       Minus: Cash Refunds | (-) |  |
|       Net Cash Sales |  |  |
|    B. Accounts Receivable | 44,931.84 | 985,556.86 |
|    C. Other Receipts (See MOR-3) |  |  |
|       (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 44,931.84 | 985,556.86 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 87,985.55 | 1,229,124.74 |
| 5. DISBURSEMENTS |  |  |
|    A. Advertising |  |  |
|    B. Bank Charges | 185.00 | 1,751.00 |
|    C. Contract Labor |  |  |
|    D. Fixed Asset Payments (not incl. in "N") |  |  |
|    E. Insurance |  | 173,196.51 |
|    F. Inventory Payments |  | 83,435.47 |
|    G. Leases |  |  |
|    H. Manufacturing Supplies | 2,000.00 | 6,023.44 |
|    I. Office Supplies | 1,875.56 | 10,674.47 |
|    J. Payroll – Net | 39,604.73 | 537,032.82 |
|    K. Professional Fees (Accounting & Legal) |  |  |
|    L. Rent |  |  |
|    M. Repairs & Maintenance |  | 1,999.30 |
|    N. Secured Creditor Payments | 2,447.18 | 92,354.98 |
|    O. Taxes Paid – Payroll | 9,603.77 | 138,707.64 |
|    P. Taxes Paid - Sales & Use |  |  |
|    Q. Taxes Paid - Other |  |  |
|    R. Telephone |  | 8,289.81 |
|    S. Travel & Entertainment |  |  |
|    Y. U.S. Trustee Quarterly Fees |  |  |
|    U. Utilities | 1,986.36 | 12,912.95 |
|    V. Vehicle Expenses |  |  |
|    W. Other Operating Expenses (See MOR-3) | 371.90 | 132,837.29 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 58,074.50 | 1,199,215.68 (c) |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 29,911.05 (c) | 29,909.06 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 18 day of June, 2024.

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

# APPENDIX A

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e., Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| PAYROLL PROCESSING FEES | 371.90 | 5,258.75 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

MOR-3

**REGIONS**

Regions Bank
North Ocala
2734 Northeast Jacksonville RD
Ocala, FL 34470

CORE CONSTRUCTION & DEVELOPMENT INC
DEBTOR IN POSSESSION CASE 23-3935
4511 W MELROSE AVE
TAMPA FL 33629-5525

ACCOUNT # 2374

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## LIFEGREEN BUSINESS CHECKING
May 1, 2024 through May 31, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $2,658.02 | Minimum Balance | $658 |
| Deposits & Credits | $0.00 + | Average Balance | $2,012 |
| Withdrawals | $2,000.00 - | | |
| Fees | $12.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 - | | |
| **Ending Balance** | **$646.02** | | |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/22 | EB to Checking # 0156683189 Ref# 000000 0000002 | 2,000.00 |

### FEES

| | | |
|---|---|---|
| 05/31 | Monthly Fee | 12.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 05/22 | 658.02 | 05/31 | 646.02 |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

**Thank You For Banking With Regions!**
2024 Regions Bank Member FDIC. All loans subject to credit approval.



Regions Bank
North Ocala
2734 Northeast Jacksonville RD
Ocala, FL 34470

CORE CONSTRUCTION & DEVELOPMENT INC
DEBTOR IN POSSESSION CASE 23-3935
4511 W MELROSE AVE
TAMPA FL 33629-5525

ACCOUNT # |3189

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
May 1, 2024 through May 31, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $33,592.03 | Minimum Daily Balance | $1,617 |
| Deposits & Credits | $26,100.31 + | Average Monthly Statement Balance | $12,628 |
| Withdrawals | $56,920.82 - | | |
| Fees | $204.75 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $948.90 - | | |
| **Ending Balance** | **$1,617.87** | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 05/08 | Card Credit Spectrum | 4899 855-707-7328 MO 63131  6483 | 419.89 |
| 05/08 | Quick Deposit - Thank You | | 8,844.96 |
| 05/14 | Quick Deposit - Thank You | | 6,695.66 |
| 05/14 | Quick Deposit - Thank You | | 4,172.89 |
| 05/22 | EB From Checking # 0336482374 Ref# 000000 0000002 | | 2,000.00 |
| 05/29 | Deposit - Thank You | | 3,966.91 |
| | | Total Deposits & Credits | $26,100.31 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/02 | Recurring Card Transaction Www.Crewtracks.  5734 Httpswww.Crew UT 84040  6483 | 300.00 |
| 05/02 | Card Purchase Nic*-FL Sunbiz.  9399 Egov.Com   FL 32303  6483 | 150.00 |
| 05/02 | Verizon Wireless Payments 00000000742066 074206665600001 | 1,986.36 |
| 05/02 | Payroll4const   Collection Regions Bank  8213 | 12,740.45 |
| 05/06 | Google       Apps_comme Core Construct Us0040lnjz | 216.00 |
| 05/08 | Recurring Card Transaction Spectrum      4899 855-707-7328 MO 63131  6483 | 419.89 |
| 05/08 | Recurring Card Transaction Spectrum      4899 855-707-7328 MO 63131  6483 | 419.89 |
| 05/09 | Payroll4const   Collection Regions Bank  8213 | 10,234.73 |
| 05/10 | Paychex-Hrs    Hrs Pmt Core Construct 45734179 | 597.39 |
| 05/10 | Pirate Ship     8444455854 Gina Guerin   Payment | 22.10 |
| 05/13 | Recurring Card Transaction Myquickcloud    7372 London          6483 | 160.00 |
| 05/13 | Paychex-Hrs    401(K) Core Construct 0000044596905 | 1,011.66 |
| 05/13 | Paychex-Hrs    401(K) Core Construct 0000044596906 | 1,011.66 |
| 05/15 | Regions Bank FL  IL Payment Core Construct | 570.55 |
| 05/16 | Paychex-Hrs    401(K) Core Construct 0000044643229 | 1,011.66 |
| 05/16 | Payroll4const   Collection Regions Bank  8213 | 10,337.44 |
| 05/17 | Tesla Inc    Tesla Moto Greg Lee | 1,522.33 |

Thank You For Banking With Regions!
2024 Regions Bank Member FDIC. All loans subject to credit approval.
EQUAL HOUSING LENDER

**REGIONS**

Regions Bank
North Ocala
2734 Northeast Jacksonville RD
Ocala, FL 34470

CORE CONSTRUCTION & DEVELOPMENT INC
DEBTOR IN POSSESSION CASE 23-3935
4511 W MELROSE AVE
TAMPA FL 33629-5525

ACCOUNT # 3189

| | |
|---|---:|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---:|
| 05/17 | Regn Loan Trans | 354.30 |
| 05/21 | Recurring Card Transaction Adobe *Adobe  5734 408-536-6000 CA 95110  6483 | 74.18 |
| 05/21 | Pirate Ship  8444455854 Gina Guerin  Payment | 12.55 |
| 05/23 | Payroll4const  Collection Regions Bank  8213 | 8,198.23 |
| 05/24 | Recurring Card Transaction Msft * E0300sa9  5045 Msbill.Info  WA 98052  6483 | 81.20 |
| 05/30 | Card Purchase Puma Services I  7399 Cheyenne  WY 82007  6483 | 2,000.00 |
| 05/30 | Payroll4const  Collection Regions Bank  8213 | 3,488.25 |
| | Total Withdrawals | $56,920.82 |

## FEES

| Date | Description | Amount |
|---|---|---:|
| 05/09 | Analysis Charge  04-24 | 185.00 |
| 05/13 | International Service Assessment Myquickcloud | 4.80 |
| 05/31 | Quickbooks Monthly Fee | 14.95 |
| | Total Fees | $204.75 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 05/13 | 7069 | 948.90 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 05/02 | 18,415.22 | 05/14 | 23,316.60 | 05/23 | 3,235.36 |
| 05/06 | 18,199.22 | 05/15 | 22,746.05 | 05/24 | 3,154.16 |
| 05/08 | 26,624.29 | 05/16 | 11,396.95 | 05/29 | 7,121.07 |
| 05/09 | 16,204.56 | 05/17 | 9,520.32 | 05/30 | 1,632.82 |
| 05/10 | 15,585.07 | 05/21 | 9,433.59 | 05/31 | 1,617.87 |
| 05/13 | 12,448.05 | 05/22 | 11,433.59 | | |

You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.

Exhibit C
May

| Type | Date | Num | Name | Memo | |
|---|---|---|---|---|---|
| Payment | 5/7/2024 | | North Construction LLC - c | Memo:DEPOSIT | 8,844.96 |
| Payment | 5/14/2024 | 2437 | North Construction LLC - c | Memo:DEPOSIT | 6,695.66 |
| Payment | 5/14/2024 | 2441 | North Construction LLC - c | Memo:DEPOSIT | 4,172.89 |
| Payment | 5/29/2024 | | North Construction LLC - c | Memo:DEPOSIT | 3,966.91 |
| Refund | 5/8/2024 | | Spectrum | Memo:security deposit refund | 419.89 |
| Transfer | 5/22/2024 | | From checking 2374 | | 2,000.00 |
| Invoice | 5/20/2024 | | North Construction LLC | | 3,207.98 |

Exhibit D
May

| Type | Date | Num | Name | Memo | Credit | | |
|---|---|---|---|---|---|---|---|
| Check | 5/2/2024 | | FCPS - Foundation Constructn Payroll Soft | Payroll Const Collection Regio | Core Construction (XX M | Suspense | 12,740.45 |
| Check | 5/2/2024 | | Verizon Wireless | Verizon | Core Construction (XX M | Utilities | 1,986.36 |
| Check | 5/2/2024 | | Crewtracks | Crewtracks.com | Core Construction (XX M | Software | 300.00 |
| Check | 5/2/2024 | | Sunbiz Org Fl | Sunbiz | Core Construction (XX M | Taxes & Licenses | 150.00 |
| Check | 5/6/2024 | | Google Domains | Google Apps Comme Core Constru | Core Construction (XX M | Office Expenses | 216.00 |
| Check | 5/8/2024 | | Spectrum | Spectrum | Core Construction (XX M | Utilities | 419.89 |
| Check | 5/8/2024 | | Spectrum | Spectrum | Core Construction (XX M | Utilities | 419.89 |
| Check | 5/9/2024 | | FCPS - Foundation Constructn Payroll Soft | Payroll Const Collection Regio | Core Construction (XX M | Suspense | 10,234.73 |
| Check | 5/9/2024 | | Regions Bank | Analysis Charge | Core Construction (XX M | Bank Charges | 185.00 |
| Check | 5/10/2024 | | Pirate Ship | Pirate Ship | Core Construction (XX M | Postage - Jobs | 22.10 |
| Check | 5/10/2024 | | Paychex | Paychex | Core Construction (XX M | Suspense | 597.39 |
| Check | 5/13/2024 | | Paychex | Paychex | Core Construction (XX M | Suspense | 1,011.66 |
| Check | 5/13/2024 | | Paychex | Paychex | Core Construction (XX M | Suspense | 1,011.66 |
| Check | 5/13/2024 | | My Quick Cloud | International Service Fee | Core Construction (XX M | Office Expenses | 4.80 |
| Check | 5/13/2024 | | MyQuickCloud | Myquickcloud | Core Construction (XX M | Office Expenses | 160.00 |
| Check | 5/13/2024 | 7,069.00 | Aguilar Rodriguez, Juan | 4/15/24-4/21/24 ppd | Core Construction (XX M | Suspense | 948.90 |
| Check | 5/15/2024 | | Regions Bank | Regions Bank Payment | Core Construction (XX M | -SPLIT- | 570.55 |
| Check | 5/16/2024 | | FCPS - Foundation Constructn Payroll Soft | Payroll Const Collection Regio | Core Construction (XX M | Suspense | 10,337.44 |
| Check | 5/16/2024 | | Paychex | Paychex | Core Construction (XX M | Suspense | 1,011.66 |
| Check | 5/17/2024 | | Tesla | Tesla Motors | Core Construction (XX M | -SPLIT- | 1,522.33 |
| Check | 5/17/2024 | | Regions Bank | Regn Loan Trans Commercial Deb | Core Construction (XX M | -SPLIT- | 354.30 |
| Check | 5/21/2024 | | Pirate Ship | Pirate Ship | Core Construction (XX M | Postage - Jobs | 12.55 |
| Check | 5/21/2024 | | Adobe Systems | Adobe | Core Construction (XX M | Office Expenses | 74.18 |
| Check | 5/23/2024 | | FCPS - Foundation Constructn Payroll Soft | Payroll Const Collection Regio | Core Construction (XX M | Suspense | 8,198.23 |
| Check | 5/24/2024 | | Microsoft | Microsoft | Core Construction (XX M | Office Expenses | 81.20 |
| Check | 5/30/2024 | | FCPS - Foundation Constructn Payroll Soft | Payroll Const Collection Regio | Core Construction (XX M | Suspense | 3,488.25 |
| Check | 5/30/2024 | | Puma Services Inc. | Puma Services Inc | Core Construction (XX M | Supplies & Materials - | 2,000.00 |
| Check | 5/31/2024 | | Intuit | Quickbooks Monthly Fee | Core Construction (XX M | Office Expenses | 14.95 |

Exhibit F
May

| Type | Date | Num | Name | Terms | Due Date | Class | | Open Balance |
|---|---|---|---|---|---|---|---|---|
| Invoice | 6/30/2023 | 1600 | Park & Eleazer Construction:IDEA School - Jacksonville, FL QB | Net 30 | 7/30/2023 | IDEA School - Jacksonville, FL | | 200,000.00 |
| Invoice | 4/24/2024 | 965 | Preferred Materials | Net 60 | 5/27/2024 | | 110377 | 30,550.00 |
| Invoice | 6/3/2024 | 973 | North Construction LLC | Net 7 | 6/10/2024 | | | 3,985.63 |
| Invoice | 6/10/2024 | 975 | North Construction LLC | Net 7 | 6/17/2024 | | | 3,485.10 |
| Invoice | 6/20/2024 | | CAT Scales | Net 7 | 6/27/2024 | | | 47,000.00 |